UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Jami L. Marino | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 19-15912ELF |

### PRAECIPE TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY MATTER PURSUANT TO 11 U.S.C. SECTION 1307(b)

1. The instant Chapter 13 Bankruptcy Matter was filed on or about September 20th, 2019.

2. The instant case was assigned case number 19-15912ELF.

3. Debtor, at the time of the current Bankruptcy filing, had a previous Bankruptcy, Case 18-18171ELF that was still active and not dismissed.

4. Pursuant to 11 U.S.C. Section 1307(b), this case has not been converted, and the Debtor is requesting this Honorable Court dismiss the Debtor's current case in light of the above.

Dated: September 24, 2019

/s/Brad J. Sadek, Esq
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107