## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:                | : | Chapter 13                          |
|-----------------------|---|-------------------------------------|
| Jami L. Marino        | : |                                     |
|                       | : | Bankruptcy Case No.: 19-15912ELF    |
|                       | : |                                     |

### PROPOSED ORDER

AND NOW, this _____ day of _____, 2019, it is hereby ORDERED that the Bankruptcy Case of Jami L. Marino is hereby Voluntarily Dismissed.

FURTHER ORDERED:


Dated: _____            _____
                                            Judge Eric L. Frank